STATE OF NEW JERSEY v. KAY ITOH DUGAN.

July 13, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM HENDERSON.

July 13, 1983.

Petition for certification denied.

IN RE: APPLICATION OF THE BURLINGTON COUNTY BOARD OF CHOSEN FREEHOLDERS FOR AN INVESTIGATION OF THE OFFICE OF SHERIFF.

July 13, 1983.

Petition for certification granted.   (See 190 *N.J.Super.* 256)

PATRICIA SLANE VOORHEES v. D. DANIELE BERTIN.

July 13, 1983.

Petition for certification denied.